Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 19-17535-AMC

Adrienne McAllister  
2305 Rhawn Street  
Philadelphia  PA    19152

Petition Filed Date: 12/02/2019  
341 Hearing Date: 01/24/2020  
Confirmation Date: 07/15/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2020 | $500.00 | | 05/04/2020 | $1,000.00 | | 05/18/2020 | $500.00 | |
| 06/15/2020 | $1,000.00 | | 06/29/2020 | $540.00 | | 07/27/2020 | $540.00 | |

**Total Receipts for the Period: $4,080.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $4,080.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Adrienne McAllister | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | PHILADELPHIA GAS WORKS »» 01S | Secured Creditors | $796.94 | $0.00 | $796.94 |
| 2 | PHILADELPHIA GAS WORKS »» 01U | Unsecured Creditors | $414.00 | $0.00 | $414.00 |
| 3 | PHILADELPHIA GAS WORKS »» 02S | Secured Creditors | $420.00 | $0.00 | $420.00 |
| 4 | PHILADELPHIA GAS WORKS »» 02U | Unsecured Creditors | $3,884.03 | $0.00 | $3,884.03 |
| 5 | ASHLEY FUNDING SVCS LLC »» 003 | Unsecured Creditors | $119.42 | $0.00 | $119.42 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES »» 004 | Unsecured Creditors | $278.81 | $0.00 | $278.81 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC »» 005 | Unsecured Creditors | $776.04 | $0.00 | $776.04 |
| 8 | RUSHMORE LOAN MGMT SVCS LLC »» 006 | Mortgage Arrears | $18,922.66 | $0.00 | $18,922.66 |
| 9 | CITY OF PHILADELPHIA (LD) »» 007 | Secured Creditors | $3,200.91 | $0.00 | $3,200.91 |
| 0 | JAMES J O'CONNELL ESQ | Attorney Fees | $4,500.00 | $0.00 | $4,500.00 |

**Chapter 13 Case No. 19-17535-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,080.00 | Current Monthly Payment: | $540.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($1,000.00) |
| Paid to Trustee: | $401.50 | Total Plan Base: | $31,160.00 |
| Funds on Hand: | $3,678.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.